



# MEMORANDUM OPINION

No. 04-11-00195-CV

**SANTIKOS LEGACY, LTD.**,
Appellant

v.

**DRAGON FISH, LLC** d/b/a Modern Motif Living,
Appellee

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2008-CI-17452
Honorable David Peeples, Judge Presiding

PER CURIAM

Sitting:         Catherine Stone, Chief Justice
                   Karen Angelini, Justice
                   Sandee Bryan Marion, Justice

Delivered and Filed:  April 20, 2011

DISMISSED

Before the court is appellant Santikos Legacy, Ltd.'s motion for voluntary dismissal. Appellant's motion to dismiss is granted, and this appeal is dismissed. *See* TEX. R. APP. P. 42.1(a)(1). Costs of this appeal are taxed against the appellant. *See id.* at (d).

PER CURIAM